**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 20 MM 2021

          Respondent            :

           v.            :

TRISTIAN JONES,            :

           Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within five days.